UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:20-MJ-1556

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | CRIMINAL INFORMATION |
| ANTONIO L. WALKER ) | |
| ) | |

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, on or about August 22, 2019, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, ANTONIO L. WALKER, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844 (a).

## COUNT TWO

THAT, on or about August 22, 2019, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, ANTONIO L. WALKER, did knowingly use, or possess with the intent to use, drug paraphernalia to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, package, repackage, store, contain, or conceal

1

marijuana, or did knowingly use, or possess with intent to use, drug paraphernalia to inject, ingest, inhale, or otherwise introduce marijuana into the body, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 90-113.22A.

## COUNT THREE

THAT, on or about August 22, 2019, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, ANTONIO L. WALKER, did operate a motor vehicle upon a street, highway, or public vehicular area while displaying or having in his possession a registration card knowing the same to be fictitious or having been canceled, revoked, suspended or altered, or willfully displayed an expired license or registration plate on a vehicle knowing the same to be expired, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-111(2).

## COUNT FOUR

THAT, on or about August 22, 2019, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, ANTONIO L. WALKER, did operate or permit to be operated a motor vehicle registered or required to be registered without having financial responsibility, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-313(a).

## COUNT FIVE

THAT, on or about August 22, 2019, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, ANTONIO L. WALKER, did operate a motor vehicle upon a street, highway, or public vehicular area while his/her driver's license was suspended, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-28(a).

ROBERT J. HIGDON, JR.
UNITED STATES ATTORNEY

BY: *(signature)*
CHARLES T. HAMILTON
Special Assistant United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 908-5934